■ CITY OF NEW YORK, Respondent-Appellant, v THE NA-
TIONAL CATHOLIC RISK RETENTION GROUP, INC., et al.,
Appellants-Respondents. [27 NYS3d 537]—

Order, Supreme Court, New York County (Frank P. Nervo,
J.), entered April 3, 2015, which, upon reargument, vacated the
prior order and denied the parties' motions for summary judg-
ment, unanimously modified, on the law, to grant plaintiff's
motion and declare that, with respect to the underlying
personal injury action, plaintiff (the City) is an additional
insured on the policy issued to defendant St. Vincent's Service,
Inc. by defendant National Catholic Risk Retention Group,
Inc., and is entitled to a defense in the underlying action, and
otherwise affirmed, without costs.

The plaintiff in the underlying action alleges that children in
her care were wrongfully removed from her home. The ad-
ditional insured endorsement to the policy issued to St.
Vincent's by National Catholic Risk Retention Group limits
coverage for additional insureds to liability that arises out of
St. Vincent's operations. Because the underlying complaint al-
leges that St. Vincent's acted wrongfully in connection with the
removal, and because the underlying claims against plaintiff
arise out of a placement made upon the recommendation of St.
Vincent's, plaintiff is entitled to a defense under the policy (*see
Federal Ins. Co. v Kozlowski*, 18 AD3d 33, 40 [1st Dept 2005]).
Concur—Friedman, J.P., Andrias, Saxe and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
DERRICK FAULKNER, Appellant. [26 NYS3d 695]—An appeal hav-
ing been taken to this Court by the above-named appellant
from a judgment of the Supreme Court, Bronx County (John
Wilson, J., at plea; John S. Moore, J., at sentencing), rendered
July 24, 2013, said appeal having been argued by counsel for
the respective parties, due deliberation having been had
thereon, and finding the sentence not excessive, it is unani-
mously ordered that the judgment so appealed from be and the
same is hereby affirmed. Concur—Friedman, J.P., Andrias,
Saxe and Kapnick, JJ.